FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERVIN D. MITCHELL and
DANA STRACHAN-MITCHELL, Wife,

    Plaintiffs,

v.   Civil Action No. 4:13cv0599 JLH
    Jury Demanded

TABER EXTRUSIONS, LLC.,

    Defendant.

This case assigned to District Judge _Holmes_
and to Magistrate Judge _Deere_

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, Ervin D. Mitchell and Dana Strachan-Mitchell, by and through counsel, and file this Complaint for Damages against the Defendant, Taber Extrusions, LLC., and for cause of action shows the Court the following:

### PARTIES

1. Plaintiff, Ervin D. Mitchell, is an adult resident citizen of Davie, Broward County, Florida.

2. Plaintiff, Dana Strachan-Mitchell, is an adult resident citizen of Davie, Broward County, Florida and is the wife of Ervin D. Mitchell.

3. Defendant, Taber Extrusions, LLC, is a Nevada for-profit Limited Liability Company licensed to do business in Arkansas, whose address of incorporation and principal place of business is 8960 Spanish Ridge Avenue, Las Vegas, NV 89148.

4. Defendant, Taber Extrusions, LLC.'s agent for service of process is Taylor Fulton, who may be served with process at 915 South Elmira, Russellville, Arkansas 72802.

## JURISDICTION AND VENUE

5. Jurisdiction of the this matter is based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

6. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different states.

7. Venue of this matter is controlled by 28 U.S.C. § 1391(a) & (c).

8. All events complained of occurred in Russellville, Pope County, Arkansas.

## FACTS

9. On or about October 22, 2010, at 7:00 p.m., Plaintiff, Ervin D. Mitchell, was at Taber Extrusions, LLC, with a flatbed trailer that was being loaded with bundles of aluminum beams.

10. Once the flatbed was loaded, Plaintiff Ervin D. Mitchell got onto the back of the truck to cover and secure the load with a tarp.

11. As Plaintiff, Ervin D. Mitchell walked across the flatbed trailer to pull the tarp, one or more of the plastic bands holding a bundle of aluminum beams broke causing the beams to shift and then causing Plaintiff Ervin D. Mitchell to fall from the flatbed trailer to the ground breaking his arm.

12. As a result of the injuries sustained by Plaintiff Ervin D. Mitchell, Plaintiff Dana Strachan-Mitchell lost the consortium of her husband for a period of time.

## CAUSE OF ACTION
## NEGLIGENCE

13. Plaintiffs reincorporate paragraphs 1-12 as though set forth verbatim.

14. Defendant, Taber Extrusions, LLC., was guilty of one or more of the following acts of common law negligence, each and every one of which were a direct and proximate cause of the injuries herein complained of, to-wit:

   a. Upon information and belief, the Defendant was negligent in failing to use the degree of care and caution in the bundling of the aluminum beams to make sure they are secure before being loaded onto trailers;

   b. Upon information and belief, the Defendant was negligent in failing to make sure the straps holding the bundles together were properly tightened;

   c. Upon information and belief, the Defendant was negligent in failing to make sure the straps were of adequate size and strength to hold the number of aluminum beams in each bundle; and

   d. Negligent in failing to prevent the incident and Plaintiff's injuries when the Defendant knew, or in the exercise of ordinary care should have known, that this type of incident was imminent.

## COMPENSATORY DAMAGES

15. Plaintiffs repeat the allegations contained in paragraphs 1-14 as though set forth verbatim.

16. As a direct and proximate result of one or more of the above acts of negligence, Plaintiff, Ervin D. Mitchell, suffered the following injuries and damages:

   a. Severe and permanent injury, caused, precipitated and/or aggravated by the wrongs complained of, including but not limited to a right midshaft humerus fracture and radial nerve injury;

   b. Great physical pain both past and future;

c.  Large medical expenses, both past and future, to-wit:

| | |
|---|---|
| Pope County EMS | $ 699.00 |
| St. Mary's Regional Medical Center | $ 13,824.71 |
| Emergency Physicians Associates | $ 1,371.00 |
| Dr. Rodd Kasdan | $ 420.00 |
| Memorial Hospital West | $ 24,323.00 |
| Sheridan Healthcorp, Inc. | $ 3,097.00 |
| TOTAL: | $ 43,734.71 |

d.  Great mental and emotional anguish, both past and future;

e.  Great fright and shock;

f.  Impairment of the ability to enjoy the normal pleasures of life; and

g.  Loss of earning capacity.

## RELIEF SOUGHT

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully pray:

1. That Plaintiffs be awarded the present cash value of any medical care and treatment that he will have to undergo;

2. That Plaintiffs be awarded special damages for medical, hospital and doctors expenses incurred, according to proof;

3. That Plaintiffs, Ervin D. Mitchell and Dana Strachan-Mitchell, be awarded compensatory damages in the amount of Five Hundred Thousand and no/100 Dollars ($500,000.00 );

4. That Plaintiffs be awarded post-judgment interest as allowed by law;

5. That a jury be empanelled to try the issues when joined; and

6. Such further relief as the Court may deem just and equitable.

Respectfully submitted,

/s/ David A. McLaughlin
David A. McLaughlin (AR B.P.R. #2007309)
Attorneys for Plaintiffs
Morgan & Morgan Memphis, LLC
40 S. Main Street Suite 2600
One Commerce Square
Memphis, Tennessee 38103
Phone (901) 217-7000
Fax (901) 524-1776
dmclaughlin@forthepeople.com