IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERVIN D. MITCHELL; and                                                                PLAINTIFFS
DANA STRACHAN-MITCHELL

v.                                        NO. 4:13CV00599 JLH

TABER EXTRUSIONS, LLC                                                                DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties, this action is hereby dismissed in its entirety without prejudice.

IT IS SO ORDERED this 5th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE